LIVIZ LAW OFFICE
200 Central St. No.1, Lowell, MA 01852
ilya.liviz@gmail.com

10/04/2018

**Via: Electronic Court Filling**

**Attn: Honorable Judge Indira Talwani**
United States District Court
Federal Courthouse
1 Courthouse Way
Boston, MA 02210

**RE:** **Lyudmila v. Supreme Judicial Court of the Commonwealth of Massachusetts et al.**
Civil Action No. 1:18-cv-12059-IT
Our Online File: Liviz Law Office/Lyudmila Maslyakova/Fed Court/Fed District/

Letter in Support of Complaint Submitted In a Form of "Screenplay"

Dear Honorable Judge Indira Talwani,

    We all have our own set of gifts and we all rely on learning from each other; building by improving, *exampli gratia*, before the motor vehicle you see today, there was a steamed carriage. The idea of drafting a complaint in form of a "screen play" actually was inspired in part by a brilliant performance of Michael J. Fox ("Fox") playing a guitar in Back To The Future (he traveled into the past).[1] There he performed playing the guitar in front of an audience setting in the 70's. This movie is obviously science fiction.[2] Mr. Fox started with the classics Chuck Berry,[3] and gradually pushed the envelope by introducing more modern artists such as late Jimi Hendrix[4]. As a Legal Code Jurist[5], the most important quality is to be open minded, be receptive of alternative views, and apply scientific analysis, which all starts with first becoming

---

[1] See https://www.youtube.com/watch?v=S1i5coU-0_Q (Google search of Johnny B. Goode - Back to the Future Movie Clip)

[2] Time travel has not been discovered, albeit the possibility has been proved by mathematical theory of general relativity shared with us by the late Dr. Albert Einstein.

[3] The guitar scene is set in 1955 with Chuck Berry's Johnny B. Goode which has not been released yet at that time; it was released in 1958 - they were hearing it for the first time.

[4] American rock guitarist, singer, and songwriter with active performance during 1963-1970. Gained recognition as one of the first guitarists to make extensive use of tone altering effects, *exampli gratia*, fuzz tone, high pitch Octavia, wah-wah, uni-vibe, which were all incorporating into mainstream rock. (General knowledge available online.)

[5] Legal Code Jurist - a legal scholar who is an expert in or writer of law.

a master at observing[6]. There are infinite amount of observations that can be made from this video clip which I will break down into seven (7) simple parts.

1. Mr. Fox, although an avid guitar player, was kind of out of place and was shy at first to play the guitar, and only because of **necessity**[7] reluctantly accepted to play the guitar. (Emphasis added.)

2. Mr. Fox was mindful he has traveled into the past so he started to play music from that era (Chuck Berry) which everyone was dancing along and he was enjoying performing.

3. However, as the performance continued, he became more comfortable and started to "loosen-up" by introducing modern tone altering affects described *infra*.

4. People did not notice what he was doing, but the musician there did; in fact he called someone on the phone and exclaimed, "it's your cousin Marvin Berry[8], you know that new sound you're looking for, well listen to this". Clearly Mr. Berry felt he was witnessing something incredible happening live.

5. Then Mr. Fox started to really enjoy himself and he went into a full on solo jam, without taking the consequences or replications into consideration, exampli gratia, he closed his eyes while he is jamming which prevented him from "observing".

6. The performance comes to an end with a modern solo that upon finish he looked into the audience and saw blank stares from the audience that was nothing short of friendly.

---

[6] It is interesting that famous quotes; "sleep on it" or "listen more than you speak", can be interpreted as encouraging a person to accept a scientific approach, in part, respecting the benefits of "observing" (listening) compared to "responding" (expressing) - also a good way to reduce domestic and school violence, *id est*, encourage education.

[7] "The show must go on."

[8] Obviously there was a hint of Marvin Berry actually could have been Chuck Berry; changing the first name to Marvin because of possible legal action pursuant to alleged defamation it caused Mr. Berry by suggesting some of his creative sound actually belonged to someone else, *exampli gratia*, Mr. Fox taught it to him when he traveled back in time, albeit a non-actionable action, *inter alia*, this movie is a comedy.

7. At that point he realized what he has just done; he obviously played music that has not been discovered yet; and he tries to make light of it by saying; "guess you guys are not ready for that yet, but your kids are going to love it."

While there are many lesson to be taught from this clip, three of the lessons that I am choosing to describe here I do so because of the high likelihood the audience did not understand or appreciate its full meaning (lack of "observation" skills). The video does a great job of portraying; 1) we are hesitant to take on new things (Mr. Fox showed hesitation to accepting the guitar initially); 2) it further showed Human nature to discrimination[9] against something that is foreign to them (Mr. Fox was about to be thrown out of the building at the end of his performance); and 3) ultimate result of acceptance, albeit not till it occurs in the future (takes time to accept new ideas or concepts).[10] We would agree very quickly, playing some of the modern music to old-fashioned folk (no pun intended) may seem "weird" or even "repulsive", *exampli gratia*, "rap", would not even be called "music" long time ago; yet such artists have become a big part of our economy. This initial response of "hesitation" or "dislike" unfortunately, is a dangerous human instinct that can lead to unjust mob mentality.

But, the best observation (again there are many), is that after Mr. Fox recognized that the crowd clearly was not "ready for this", he responds with a truthful joke; "but, you're kids are going to love it." The key here, is while he was "unpopular" on the stage, it did not cause him to lose confidence because he knew it was good music; time-travel appears has good uses. Mr. Fox's confidence in his musical "trade" because of first-hand knowledge of its ensuing success. While time travel is not possible, science has proved as a reproducible indicator of achieving accurate and correct results; granting this counsel an opportunity to bring his client's civil right complaint with full confidence, and pursuant science a "red herring" in a form of screenplay, that should remind the audience that it is not "titles" or "positions" or "cover of the book" that matters, but the actual substance - the complaint is logically sound.

In the beginning I started comparing our present day automobiles which have evolved considerably from our forgotten beginnings of the steam age. As our civilization continues to evolve (technologically and socially), we have to act inapposite to our human nature, and be open minded, *exampli gratia*, how would the population today react to availability of new

---

[9] Human discrimination is a field that is still evolving within the medical and scientific community, with areas that admittingly still lacks sufficient research. *See* R. Klitzman, *Views of Discrimination among Individuals Confronting Genetic Disease*, 19(1) J Genet Couns 68-83 (2010).

[10] Has some similarity to; "All truth passes through three stages. First, it is ridiculed. Second, it is violently opposed. Third, it is accepted as being self-evident." Arthur Schopenhauer (1788-1860)

motor vehicle technology that drives itself, and how would things change, if at all, if several deaths have recently been leaked to the news?[11] I bring it up, because after we begin to better understand of our "human nature", which naturally tends to reject something new (no. 6 *supra*), it only makes sense that the obvious reaction is to "suspend" or "not allow" as we see in note. 9 *infra*.

I hope this letter succeeded in laying the proper foundation for me to urge this Honorable Court, to not form any opinions as to the validity of my client's Civil Rights Complaint, and urge this court to ALLOW her Motion for Expedited Discovery in Granma's pursuit for justice, and in further support thereof I leave you with; "you're kids will love it".

Respectfully submitted,
By their attorney,

Date: 10/04/2018

Ilya Liviz, *Esq.*
Legal Code Jurist
200 Central St., No.1
Lowell, MA 01852
1 (978) 606-5326
ilya.liviz@gmail.com
B.B.O.# 686409

**CERTIFICATE OF SERVICE**

I hereby certify that on this Fourth day of October, 2018, a true copy of this document was filed electronically through the Court's ECF system and electronically served on Dray-Siegel, Anna Rachel (AGO) <Anna.Rachel.Dray-Siegel@massmail.state.ma.us> with mailing to occur only if there is lack of confirmation in a reasonable time.

/s/ Ilya Liviz Sr.

---

[11] There is research that is ongoing; even leaked news of deaths caused as result of this testing. *See* D. Wakabayashi, *Self-Driving Uber Car Kills Pedestrian in Arizona*, *Where Robots Roam*, (Mar. 19, 2018). Was the company justified to suspend testing? Don't know, need to remain open minded and make "observations" (of note: without a proper expert and support of acceptable and reputable evidence or source within the community which have been peer reviewed and acceptable branch of science, I am assuming this article is science fiction, and is used here only for purposes of a hypothetical based on science fiction).
https://www.nytimes.com/2018/03/19/technology/uber-driverless-fatality.html