UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **LYUDMILA S. MASLYAKOVA,**<br>Plaintiff,<br><br>v.<br><br>**SUPREME JUDICIAL COURT<br>OF THE COMMONWEALTH<br>OF MASSACHUSETTS, et al.,**<br>Defendants. | )<br>)<br>)<br>)   Civil Action No.<br>)   18-12059-IT<br>)<br>)<br>)<br>)<br>) |

**ORDER**

**TALWANI, D.J.**

By Memorandum and Order [#11] dated March 5, 2019, the court granted Plaintiff *in forma pauperis* status, denied Plaintiff's request for recusal and interlocutory review, and directed Plaintiff that if she chose to proceed with this action, she shall, within 21 days of the date of that order, file an amended complaint that complies with the pleading requirements of Rule 8(a) of the Federal Rules of Civil Procedure and this court's orders. The Memorandum and Order further stated that if Plaintiff is unable to cure the pleading deficiencies of her complaint, this action will be dismissed pursuant to 28 U.S.C. § 1915(e)(2).

Plaintiff has not responded to the court's order and the time to do so has expired. Here, dismissal is appropriate.

Based on the foregoing, it is hereby ORDERED that this action is DISMISSED pursuant to 28 U.S.C. § 1915(e)(2).

**So ordered.**

                                                    /s/ Indira Talwani
                                                United States District Judge

Dated: April 2, 2019